# EXHIBIT B

REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-01-19

Kevin Maxwell
**SMITH & WESSON BRANDS, INC.**
Legal Department
2100 Roosevelt Avenue
Springfield, MA 01104 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: SMITH & WESSON BRANDS, INC.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: MCGUIRE LAW, P.C.

**SERVICE INFORMATION**

Service Date: 2022-01-19
Service Time: 2:45PM EST
Service Method: Process Server

**RASi REFERENCE INFORMATION**

Service No.: 0198850
RASi Office: Delaware
Rec. Int. Id.: JLW

**CASE INFORMATION**

Case Number: 2022LA000038
File Date: 01/14/2022
Jurisdiction: ILLINOIS 18TH JUDICIAL CIRCUIT COURT, DUPAGE COUNTY LAW DIVISION
Case Title: QUINTEL STALLWORTH V. SMITH & WESSON BRANDS, INC.

**ANSWER / APPEARANCE INFORMATION**

30 days *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent: MCGUIRE LAW, P.C.
Attorney/Contact: EUGENE Y. TURIA
Location: Illinois
Telephone No.: 312-893-7002

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Demand for Jury Trial

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*