# EXHIBIT D



# 18TH JUDICIAL CIRCUIT COURT CLERK

## DUPAGE COUNTY ILLINOIS

## Case Summary Details

| Case Details | | | |
|---|---|---|---|
| **Case Number** | 2022LA000038 | **Next Court Date** | **04-11-2022** |
| **File Date** | 01-12-2022 | **Next Court Location** | **COURTROOM 2016 Locate Map** |
| **Case Title** | QUINTEL STALLWORTH -VS- SMITH & WESSON BRANDS INC | **Next Court Time** | **09:00 AM** |
| **Agency** | Clerks Office | **Assigned Location** | COURTROOM 2016 |
| **Legal Status** | ACTIVE | **Address Change** | Change Address Only (addressChange.do) |
| **Balance Due Amount** | $0.00 | | |
| **Counts** | **Count Number** | **Count Description** | **Count Status** | **Complaint Number** |
| | 0001 | TORT - MONEY DAMAGES (OVER $50,000.00) | ACTIVE | |

## List of Case Events

| File Date | Count Number | Description |
|---|---|---|
| 01-14-2022 | 0000 | SUMMONS ISSUED (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=6610&countNumber=0000&fileDate=01-14-2022&subNumber=36&version=1) |
| 01-14-2022 | 0000 | MOTION (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=7900&countNumber=0000&fileDate=01-14-2022&subNumber=38&version=1) - - OTHER |
| 01-12-2022 | 0000 | COMPLAINT (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=5350&countNumber=0000&fileDate=01-12-2022&subNumber=8&version=1) |
| 01-12-2022 | 0000 | APPEARANCE (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=5195&countNumber=0000&fileDate=01-12-2022&subNumber=7&version=1) |
| 01-12-2022 | 0000 | CASE MGMT CONFERENCE INITIAL SETTING (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=113&countNumber=0000&fileDate=01-12-2022&subNumber=11&version=1) |
| 01-12-2022 | 0000 | STATUS DATE (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=110&countNumber=0000&fileDate=01-12-2022&subNumber=10&version=1) |
| 01-12-2022 | 0000 | JURY DEMAND (ViewActivityCodeDetail.jsp?caseNumber=2022LA000038&activityTypeCode=5570&countNumber=0000&fileDate=01-12-2022&subNumber=15&version=1) |

If you have questions, or you are experiencing technical difficulties, please CLICK HERE (./CONTACTUS.DO) to contact us.

© Copyright 2022 Clerk of the 18th Judicial Circuit Court