# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Quintel Stallworth

                           Plaintiff,

v.                                                          Case No.: 1:22−cv−00830
                                                               Honorable Martha M. Pacold

Smith & Wesson Brands, Inc.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 28, 2022:

     MINUTE entry before the Honorable Martha M. Pacold: The parties' joint motion to stay [9] is granted. All pleading, discovery, and other deadlines are stayed for a period of 60 days for the express and sole purpose of allowing Plaintiff's counsel an opportunity to substitute a new class representative. If, after 60 days, Plaintiff's counsel has failed to file an amended complaint dropping Mr. Stallworth and adding a new putative class representative, the case will be voluntarily dismissed in its entirety and without prejudice pursuant to Rule 41. If, within 60 days, Plaintiff's counsel files an amended pleading identifying a new putative class representative, defendant will be allowed 45 days thereafter to answer or otherwise respond to the amended pleading. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.