## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Quintel Stallworth

                              Plaintiff,

v.                                                     Case No.: 1:22−cv−00830

                                                                            Honorable Martha M. Pacold

Smith & Wesson Brands, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 27, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal [11] filed by Plaintiff on 5/27/2022, this case is hereby dismissed without prejudice as to all claims asserted by Plaintiff and the putative class. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.